

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,936-02

### IN RE THE STATE OF TEXAS EX REL. KIM OGG, Relator

### ON MOTION FOR EMERGENCY STAY OF TRIAL COURT PROCEEDINGS IN CAUSE NO. 2187057 IN THE HARRIS COUNTY CRIMINAL COURT AT LAW NO. 8 FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator filed in this Court a motion for emergency stay of proceedings, a motion for leave to file an application for a writ of mandamus, and an application for a writ of mandamus. We order all proceedings in Harris County Criminal Court at Law No. 8 pertaining to Cause Number 2187057 stayed until further order of this Court.

IT IS SO ORDERED THIS THE 25TH DAY OF JANUARY 2021.

Do not publish